IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL CRIMINAL RULE 57.4

In Case Number 1:22cv01093-PTG-WEF, Case Name ALEXANDER BUDRIS V. HUSL DIGITAL, LLC
Party Represented by Applicant: ALEXANDER BUDRIS

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

PERSONAL STATEMENT

FULL NAME (no initials, please) SEAN SHORT
Bar Identification Number 2015079    State AR
Firm Name SANFORD LAW FIRM, PLLC
Firm Phone # 501-904-1650    Direct Dial # 501-904-1650    FAX # 888-787-2040
E-Mail Address SEAN@SANFORDLAW.COM
Office Mailing Address KIRKPATRICK PLAZA, 10800 FINANCIAL CENTER PARKWAY, SUITE 510, LITTLE ROCK, AR 72211

Name(s) of federal district court(s) in which I have been admitted Eastern and Western Districts of Arkansas, the Southern and Western District of Texas, the District of New Mexico, the District of North Dakota, the District of Colorado, the Eastern District of Michigan, and the Western District of Oklahoma
I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am ☐ am not ■ a full-time employee of the United States of America, and if so, request exemption from the admission fee.

/s/ Sean Short
(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

/s/ Melisa Azak                                          04/20/2023
(Signature)                                              (Date)
Melisa Azak                                              98089
(Typed or Printed Name)                                  (VA Bar Number)

Court Use Only:

Clerk's Fee Paid ☑ or Exemption Granted ☐

The motion for admission is GRANTED ☑ or DENIED ☐

_____                                4/20/2023
(Judge's Signature)                                      (Date)