IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| ALEXANDER BUDRIS | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No: 1:22-cv-1093-PTG-WEF |
| | ) | |
| HUSL DIGITAL, LLC | ) | |
| | ) | |
| Defendant. | ) | |

## JOINT NOTICE OF SETTLEMENT

The purpose of this Notice of Settlement is to apprise the Court that Plaintiff and Defendant have reached a settlement in principle that will resolve all claims asserted by Plaintiff and all counterclaims asserted by Defendant. The parties are in the process of finalizing settlement terms and expect to file their dismissal papers with the Court within thirty (30) days from the filing of this Notice of Settlement. Should the parties be unable to file their dismissal papers by this date, they will make an appropriate request for extension to the Court, if required, or provide a status update. In light of their progress, the parties request that all deadlines be stayed pending finalization of their settlement.

Respectfully submitted,

**PLAINTIFF ALEXANDER BUDRIS**

*/s/*_____
Melisa Azak
Virginia State Bar No. 98089
Commonwealth Law Group
3311 West Broad Street
Richmond, Virginia 23230
Telephone: (804) 999-9999
Facsimile: (866) 238-6415
mazak@hurtinva.com

Sean Short
Arkansas State Bar No. 2015079
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 904-1650
Facsimile: (888) 787-2040
sean@sanfordlawfirm.com
*Admitted Pro Hac Vice*

**and    HUSL DIGITAL, LLC**

*/s/Roya Vasseghi*_____
Roya Vasseghi, (VSB #85122)
VASSEGHI BUDD LLC
9663-A Main Street
Fairfax, Virginia 22031
Telephone: (703) 215-9358
Email: roya@vasseghibuddlaw.com
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I do hereby certify that, on this day, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants, and by email and/or U.S. First Class Mail if non-registrants:

Roya Vasseghi, Esq.
VASSEGHI BUDD LLC
9663-A Main Street
Fairfax, Virginia 22031
Telephone: (703) 215-9358
roya@vasseghibuddlaw.com
*Attorney for Defendant*

                                                 */s/ Melisa Azak*
                                                 **Melisa Azak**