IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRIGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| ALEXANDER BUDRIS | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No: 1:22-cv-1093-PTG-WEF |
| HUSL DIGITAL, LLC | ) ) ) |
| Defendant. | ) ) |

## MOTION TO WITHDRAW–ATTORNEY KRISTA SHEETS

Attorney Krista Sheets, an attorney of record herein, for her Motion to Withdraw as counsel for Plaintiff, states as follows:

1. The undersigned has resigned as a full-time member of the Sanford Law Firm, PLLC.

2. Sean Short of the Sanford Law Firm, PLLC, and Melisa Azak of Commonwealth Law Group, who have entered an appearance herein, will remain counsel for Plaintiff.

3. Plaintiff has been advised as to Attorney Sheets' withdrawal.

WHEREFORE, premises considered, the undersigned respectfully requests that the Court order Krista Sheets withdrawn and terminated as counsel for Plaintiff.

Respectfully submitted,

**ATTORNEY KRISTA SHEETS**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (800) 615-4946
Facsimile: (888) 787-2040

*/s/ Krista Sheets*
Krista Sheets
Va. Bar No. 97730
krista@sanfordlawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on the date imprinted by the CM/ECF system, I electronically transmitted the foregoing document to the Clerk's Office for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants, and by email and/or First-Class Mail if non-registrants:

Roya Vasseghi, Esq.
VASSEGHI BUDD LLC
9663-A Main Street
Fairfax, Virginia 22031
Telephone: (703) 215-9358
roya@vasseghibuddlaw.com

*/s/ Krista Sheets*
Krista Sheets