IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| ALEXANDER BUDRIS | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No: 1:22-cv-1093-PTG-WEF |
| HUSL DIGITAL, LLC | ) ) ) |
| Defendant. | ) ) |

**<u>ORDER GRANTING MOTION TO WITHDRAW AS ATTORNEY</u>**

Now on the date set forth below, upon review of Attorney Krista Sheets's Motion to Withdraw as Attorney, this Court orders as follows:

1. Ms. Sheets's Motion to Withdraw as Attorney is hereby GRANTED.

DATED this __ day of May, 2023.

_____
HON. PATRICIA TOLLIVER GILES
UNITED STATES DISTRICT JUDGE