IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| ALEXANDER BUDRIS | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No: 1:22-cv-1093-PTG-WEF |
| | ) | |
| HUSL DIGITAL, LLC | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Now on the date set forth below, upon review of Attorney Krista Sheets's Motion to Withdraw as Attorney, this Court orders as follows:

1. Ms. Sheets's Motion to Withdraw as Attorney is hereby GRANTED.

DATED this 18th day of May, 2023.

*William E. Fitzpatrick*
William E. Fitzpatrick
United States Magistrate Judge